02-12-103-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00103-CV

 

 


 
 
 $5,990.00 in U.S. Currency; and 1999 Mercury
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 APPELLEE
 
 


 

 

----------

FROM THE 372nd
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Bobby
Glen Turner, Jr. attempts to appeal from an “Interlocutory Nihil Dicit
Judgment” that was signed on February 27, 2012.  On March 16, 2012, we informed
the parties of our concern that we might not have jurisdiction over this appeal because the “Interlocutory Nihil Dicit Judgment” did not
appear to be a final judgment or an appealable interlocutory
order and that the appeal could be dismissed
for want of jurisdiction unless any party desiring to continue the appeal filed a response on or before March 26, 2012, showing
grounds for continuing the appeal.  We received no
response.  Because the “Interlocutory Nihil Dicit Judgment” signed by the trial
court on February 27, 2012, does not constitute an appealable
interlocutory order, we dismiss the appeal for want of jurisdiction.  See Tex. R. App. P.
42.3(a), 43.2(f); Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2008)
(setting forth appealable interlocutory orders).  But see Fid. & Cas. Co. of NY v. Vogel, No.
B14-88-00005-CV, 1988 WL 83827, at *1 (Tex. App.—Houston [14th Dist.] Aug. 11,
1988, writ denied) (reaching merits of appeal from an interlocutory nihil dicit
judgment because trial court had granted a motion for severance of the judgment
on the cross-action, enabling Fidelity to pursue its appeal).

 

 

PER CURIAM

 

PANEL: 
WALKER,
MCCOY, and MEIER, JJ.

 

DELIVERED:  May 3, 2012









[1]See Tex. R. App. P. 47.4.